1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10    WELLS FARGO BANK, N.A.,                              No. C 11-05130 WHA

11                    Plaintiff,

12         v.                                              **ORDER TO SHOW CAUSE AND
                                                           GRANTING IN FORMA PAUPERIS**
13    ALBERTO B. FUENTES, HELEN
      BUSTAMANTE, and JIMMY LOPEZ,
14
                      Defendants.
15    _____/

16

17         On October 19, 2011, defendants Jimmy Lopez and Helen Bustamante removed this

18    unlawful detainer action from the Superior Court of California, Placer County, to federal district

19    court.  Each filed an application to proceed in forma pauperis.

20         This unlawful detainer action arises under California Code of Civil Procedure Section

21    1161a, not federal law.  There does not appear to be any basis for diversity jurisdiction, as the

22    complaint states the amount in controversy does not exceed $10,000.  As such, it appears this

23    Court lacks subject-matter jurisdiction and the case should be remanded to state court.

24    Accordingly, defendants Lopez and Bustamante are hereby **ORDERED TO SHOW CAUSE** why this

25    action should not be remanded to state court.  Defendants must file a written response by

26    **JANUARY 3, 2012,** and address the basis for this Court's jurisdiction over this unlawful detainer

27    action.  Defendants should be mindful that an anticipated federal defense is not sufficient to

28    confer jurisdiction.  *Franchise Tax Bd. of Cal. v. Constr. Laborers Vacation Trust for S. Cal.*, 463
      U.S. 1, 10 (1983).

**United States District Court**
For the Northern District of California

1    Defendants Lopez and Bustamante each submitted an application to proceed in forma

2    pauperis (Dkt. Nos. 2 and 3).  Pursuant to 28 U.S.C. 1915(a), a court may authorize a party to

3    pursue an action in federal court without prepayment of fees or security if the party submits an

4    affidavit showing that it is unable to pay such fees or provide security.  Having reviewed

5    defendants' applications to proceed in forma pauperis, it appears neither defendant is able to pay

6    the fee required of each of them. Therefore, defendants Lopez and Bustamante's respective

7    applications to proceed in forma pauperis are hereby **GRANTED**.

8

9    **IT IS SO ORDERED.**

10

11   Dated:  December 12, 2011.

     _____
12   WILLIAM ALSUP
     UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2