**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | No. C 11-05130 WHA |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE AND GRANTING IN FORMA PAUPERIS** |
| ALBERTO B. FUENTES, HELEN BUSTAMANTE, and JIMMY LOPEZ, | |
| Defendants. | |

On October 19, 2011, defendants Jimmy Lopez and Helen Bustamante removed this unlawful detainer action from the Superior Court of California, Placer County, to federal district court. Each filed an application to proceed in forma pauperis.

This unlawful detainer action arises under California Code of Civil Procedure Section 1161a, not federal law. There does not appear to be any basis for diversity jurisdiction, as the complaint states the amount in controversy does not exceed $10,000. As such, it appears this Court lacks subject-matter jurisdiction and the case should be remanded to state court. Accordingly, defendants Lopez and Bustamante are hereby **ORDERED TO SHOW CAUSE** why this action should not be remanded to state court. Defendants must file a written response by **JANUARY 3, 2012,** and address the basis for this Court's jurisdiction over this unlawful detainer action. Defendants should be mindful that an anticipated federal defense is not sufficient to confer jurisdiction. *Franchise Tax Bd. of Cal. v. Constr. Laborers Vacation Trust for S. Cal.*, 463 U.S. 1, 10 (1983).

Defendants Lopez and Bustamante each submitted an application to proceed in forma pauperis (Dkt. Nos. 2 and 3). Pursuant to 28 U.S.C. 1915(a), a court may authorize a party to pursue an action in federal court without prepayment of fees or security if the party submits an affidavit showing that it is unable to pay such fees or provide security. Having reviewed defendants' applications to proceed in forma pauperis, it appears neither defendant is able to pay the fee required of each of them. Therefore, defendants Lopez and Bustamante's respective applications to proceed in forma pauperis are hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated:  December 12, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2