1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8               FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  WELLS FARGO BANK, N.A.,                    No. C 11-5130 WHA

11            Plaintiff,

12     v.                                      **ORDER DENYING MOTION
                                               TO SHORTEN TIME ON
13  ALBERTO B. FUENTES, HELEN                  MOTION TO REMAND**
    BUSTAMANTE, JIMMY LOPEZ,
14
            Defendants.
15  _____/

16

17        Plaintiff Wells Fargo Bank, N.A., has filed a motion to shorten time on the motion to

18  remand (Dkt. No. 13).  Civil Local Rule 6-3 governs motions to change time when there is not a

19  stipulated request.  Plaintiff has not complied with Rule 6-3.  In particular, plaintiff's declaration

20  does not describe the efforts, if any, plaintiff has made to obtain a stipulation from *pro se*

21  defendants to shorten time.  The request to shorten time is **DENIED**.

22

23        **IT IS SO ORDERED.**

24

25  Dated: December 19, 2011.        _____
                                     WILLIAM ALSUP
26                                   UNITED STATES DISTRICT JUDGE

27

28

*United States District Court*
For the Northern District of California