IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | No. C 11-5130 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION TO SHORTEN TIME ON MOTION TO REMAND** |
| ALBERTO B. FUENTES, HELEN BUSTAMANTE, JIMMY LOPEZ, | |
| Defendants. / | |

Plaintiff Wells Fargo Bank, N.A., has filed a motion to shorten time on the motion to remand (Dkt. No. 13). Civil Local Rule 6-3 governs motions to change time when there is not a stipulated request. Plaintiff has not complied with Rule 6-3. In particular, plaintiff's declaration does not describe the efforts, if any, plaintiff has made to obtain a stipulation from *pro se* defendants to shorten time. The request to shorten time is **DENIED**.

**IT IS SO ORDERED.**

Dated: December 19, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE